**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1037

JEFF BARGE,

Plaintiff - Appellant,

versus

THE DAILY JOURNAL CORPORATION; T/A WASHINGTON
JOURNAL, and several of its officers and em-
ployees; CHARLES MUNGER; GERALD SALZMAN; J. P.
GUERIN; TIMOTHY SUMNER ROBINSON; CAROL ANGEL;
LISA ADAMS; ANDREJS ZOMMERS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Dennis W. Shedd, District Judge.
(CA-95-2972-9-19AJ)

Submitted:  June 28, 1996          Decided:  July 12, 1996

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeff Barge, Appellant Pro Se.  Wallace K. Lightsey, WYCHE, BURGESS,
FREEMAN & PARHAM, P.A., Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barge v. Daily Journal Corp.</u>, No. CA-95-2972-9-19AJ (D.S.C. Dec. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2